UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEGLIS YOHARDIS SALAZAR OSUNA, F.S.V.V.,

Petitioner,

v.

LaDEON FRANCIS, Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement; TODD LYONS, Acting Director, Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW

Respondents.

No. 25-CV-9823

ORDER

---

RONNIE ABRAMS, United States District Judge:

On November 25, 2025, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  It is hereby ordered that:

1.  Respondents shall file an opposition by December 1, 2025 as to why the petition should not be granted.

2.  Petitioner shall have the opportunity to reply by December 2, 2025.

3.  This matter shall be heard by the Court on December 3, 2025 at 12:30 p.m. in the Thurgood Marshall United States Courthouse, Courtroom 1105, 40 Foley Square, New York, NY 10007.  Respondents shall produce Petitioner at this hearing.

4.  To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise.

5.  The Clerk of this Court shall electronically notify the Civil Division of the U.S. Attorney's

    Office for the Southern District of New York that this Order has issued at the following

    email address: jeffrey.oestericher@usdoj.gov.

    SO ORDERED.

Dated:          November 25, 2025
                New York, New York

_____

                                            Ronnie Abrams
                                            United States District Judge