UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEGLIS YOHARDIS SALAZAR OSUNA,

                Petitioner,

v.

LaDeon FRANCIS, Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW;

                Respondents.

No. 25-CV-9823

ORDER

---

RONNIE ABRAMS, United States District Judge:

On November 25, 2025, Petitioner Deglis Yohardis Salazar Osuna was detained by U.S. Immigration and Customs Enforcement. Dkt. No. 1 ("Pet.") ¶ 3. He has since filed a petition for a writ of habeas of corpus seeking immediate release from custody. Today, the Court held a hearing on the petition. For reasons that will follow in a subsequent opinion and order, and consistent with numerous decisions in similar cases in this district, *see Lopez Benitez v. Francis*, No. 25 Civ. 5937 (DEH), 2025 WL 2371588 (S.D.N.Y. Aug. 13, 2025); *Tumba Huamani v. Francis*, No. 25-cv-8110 (LJL), 2025 WL 3079014 (S.D.N.Y. Nov. 4, 2025); *Guzman Cardenas v. Almodovar*, No. 25-CV-9169 (JMF), 2025 WL 3215573 (S.D.N.Y. Nov. 18, 2025), the Court finds that the Government violated Petitioner's right to due process under the Fifth Amendment, grants his writ of habeas corpus, and orders him immediately released from custody. Respondents are further ordered to certify compliance with the Court's order by filing it promptly on the docket no later than 5:00 p.m. on December 4, 2025.

SO ORDERED.

Dated:    December 3, 2025
             New York, New York

                                                        _____
                                                        Ronnie Abrams
                                                        United States District Judge