**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DEGLIS YOHARDIS SALAZAR OSUNA,

                    Petitioner,             25 **CIVIL** 9823 (RA)

      -against-                              **JUDGMENT**

LADEON FRANCIS, Field Office Director of
Enforcement and Removal Operations, New York
Field Office, Immigration and Customs
Enforcement; TODD LYONS, Acting Director,
U.S. Immigration and Customs Enforcement,
KRISTI NOEM, Secretary, U.S. Department of
Homeland Security; PAMELA BONDI, U.S.
Attorney General; and EXECUTIVE OFFICE
FOR IMMIGRATION REVIEW,

                    Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated December 15, 2025, the Petition for

Writ of Habeas Corpus is GRANTED.

**DATED:** New York, New York
           February 3, 2026

                               **TAMMI M. HELLWIG**
                                   _____
                                    **Clerk of Court**

               **BY:**     _____
                                 **Deputy Clerk**