UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEGLIS YOHARDIS SALAZAR OSUNA,

Petitioner,

v.

LaDeon FRANCIS, Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

Respondents.

No. 25-CV-9823

ORDER

RONNIE ABRAMS, United States District Judge:

On July 1, 2026, by Opinion and Order, the Court awarded counsel for Petitioner Deglis Yohardis Salazar Osuna $26,999.62 in attorneys' fees.[1] By August 7, 2026, counsel for Petitioner shall file a proposed judgment consistent with that Opinion and Order. The Government may file objections to the proposed judgment, if any, by August 14, 2026.

SO ORDERED.

Dated: July 28, 2026
New York, New York

Ronnie Abrams
United States District Judge

[1] Salazar Osuna has executed an affidavit "assign[ing] payment of any award of fees and costs directly to [his] attorneys." Dkt. 17 ("Salazar Osuna Aff.") ¶ 6.