**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 14, 2026

By ECF
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Salazar Osuna v. Francis, et al.*, No. 25 Civ. 9823 (RA)

This Office represents Respondents (the "Government") in this habeas corpus action in which petitioner Deglis Yohardis Salazar Osuna ("Petitioner") challenged his detention by U.S. Immigration and Customs Enforcement. On December 15, 2025, the Court issued a memorandum opinion granting the habeas petition and ordering that Petitioner be released from custody. ECF No. 14. Judgment was entered on February 3, 2026. By Opinion and Order dated July 1, 2026, the Court awarded Petitioner attorneys' fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $26,999.62. ECF No. 25. By order dated July 28, 2026, the Court directed Petitioner to file a proposed judgment consistent with the Opinion and Order by August 7, 2026, and that by August 14, 2026, the Government may file objections, if any, to the proposed judgment. ECF No. 26.

Regarding Petitioner's proposed judgment (ECF No. 27), Respondents object to the language "plus interest in accordance with 28 U.S.C. § 1961(a)." Respondents propose that the language instead read "plus interest in accordance with 28 U.S.C. § 2412(f)," and that the phrase "allowable under 28 U.S.C. 2412(f)" be added to "plus interest" phrase in the following sentence. Respondents propose these two revisions to reflect that 28 U.C.S. § 2412(f) contains the express waiver of sovereign immunity for interest against the United States on an EAJA award and only in cases in which the United States appeals the EAJA award and the award is affirmed in whole or part. *Id.* 28 U.S.C. § 2412(f) cross-references the rate determined under 28 U.S.C. 1961(a), but 28 U.S.C. § 1961(a) itself is not a waiver sovereign immunity for an award of interest against the United States. *See Thompson v. Kennickell*, 797 F.2d 1015, 1026 (D.C. Cir. 1986) (holding 28 U.S.C. § 1961 does not contain an unambiguous waiver of sovereign immunity against the award of post-judgment interest).

Further, EAJA fees belong to the Petitioner and are subject to the offset provision of 28 U.S.C. § 2412(d)(1)(A) for any delinquent debt he may owe to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 588 (2010). Accordingly, Respondents propose to add the phrase "provided Petitioner owes no debt to the federal government that is subject to offset" at the end of the last sentence of Petitioner's proposed judgment.

For the convenience of the Court, please find attached a proposed judgment with the proposed revisions discussed herein.

Finally, Respondents respectfully reserve all appeal rights to the July 1, 2026 EAJA award.

I thank the Court for its consideration of this submission.

Respectfully,

JAMES M. MCDONALD
United States Attorney

/s/ Leslie A. Ramirez-Fisher

BY: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750
Email: leslie.ramirez-fisher@usdoj.gov

cc: Counsel of Record (By ECF)

Petitioner shall respond to the Government's objections by August 21, 2026, and indicate if they consent to the Government's proposed judgment.

SO ORDERED.

Hon. Ronnie Abrams
August 17, 2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Deglis Yohardis SALAZAR OSUNA,

Petitioner,

v.

Ladeon FRANCIS Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement; Todd LYONS, Acting Director, Immigration and Customs Enforcement, Kristi NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

Respondents.

25 Civ. 9823 (RA)

An Order of the Honorable Ronnie Abrams, United States District Judge, having been entered on July 1, 2026, granting Petitioner's motion for attorney's fees, awarding Petitioner $26,999.62 in fees; it is

ORDERED AND ADJUDGED that Petitioner's motion for attorney's fees is granted; and Plaintiff is awarded $26,999.62 in fees plus post-judgment interest in accordance with 28 U.S.C. § 2412(f). As Plaintiff has assigned payment of fees and costs to his attorneys, the judgment amount, plus interest allowable under 28 U.S.C. 2412(f), shall be payable to Cleary Gottlieb Steen & Hamilton LLP, provided Petitioner owes no debt to the federal government that is subject to offset.

Dated: New York, New York
August __, 2026

TAMMI M. HELLWIG
CLERK OF THE COURT

By: ___________________________