**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Deglis Yohardis SALAZAR OSUNA,

Petitioner,

v.

Ladeon FRANCIS Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement; Todd LYONS, Acting Director, Immigration and Customs Enforcement, Kristi NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

Respondents.

25 Civ. 9823 (RA)

# JUDGMENT

An Order of the Honorable Ronnie Abrams, United States District Judge, having been entered on July 1, 2026, granting Petitioner's motion for attorney's fees, awarding Petitioner $26,999.62 in fees; it is

ORDERED AND ADJUDGED that Petitioner's motion for attorney's fees is granted; and Plaintiff is awarded $26,999.62 in fees plus post-judgment interest in accordance with 28 U.S.C. § 2412(f). As Plaintiff has assigned payment of fees and costs to his attorneys, the judgment amount, plus interest allowable under 28 U.S.C. 2412(f), shall be payable to Cleary Gottlieb Steen & Hamilton LLP.

Dated: New York, New York
September 2, 2026

TAMMI M. HELLWIG
CLERK OF THE COURT

By: ______________________
Deputy Clerk