UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEGLIS YOHARDIS SALAZAR OSUNA,

Petitioner,

v.

LADEON FRANCIS, Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

Respondents.

25-CV-9823

ORDER

RONNIE ABRAMS, United States District Judge:

Pursuant to Federal Rule of Civil Procedure 25(d), the Clerk of Court is respectfully directed to substitute, as the successors in office, Kenneth Genalo for LaDeon Francis, Markwayne Mullin for Kristi Noem, David J. Venturella for Todd Lyons, and Todd Blanche for Pamela Bondi. The Clerk of Court is also respectfully directed to amend the case caption and enter an amended judgment reflecting the same.

SO ORDERED.

Dated: September 3, 2026
New York, New York

Ronnie Abrams
United States District Judge